```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION


CARLISSA J. WILLIAMS,           :
                                :
      Plaintiff,                :
                                :
v.                              :    CIVIL ACTION 07-0420-M
                                :
MICHAEL J. ASTRUE,              :
Commissioner of                 :
Social Security,                :
                                :
      Defendant.                :
```

JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Carlissa J. Williams and against Defendant Michael J. Astrue.

DONE this 7th day of January, 2008.

```
                           s/BERT W. MILLING, JR.
                           UNITED STATES MAGISTRATE JUDGE
```