```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

CARLISSA J. WILLIAMS,              :
                                   :
    Plaintiff,                     :
                                   :
v.                                 :   CIVIL ACTION 07-0420-M
                                   :
MICHAEL J. ASTRUE,                 :
Commissioner of                    :
Social Security,                   :
                                   :
    Defendant.                     :


<u>JUDGMENT</u>

It is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's attorney's Application for Attorney Fees Under the Equal Access to Justice Act be and is hereby **GRANTED** and that Plaintiff's attorney, Byron A. Lassiter, be and is hereby **AWARDED** an EAJA fee in the amount of $2,911.56 for his services before the Court.

DONE this 6th day of June, 2008.

                                        <u>s/BERT W. MILLING, JR.</u>
                                        UNITED STATES MAGISTRATE JUDGE