IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CARLISSA J. WILLIAMS, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 07-0420-M |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | : |
| Defendant. | : |

JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's attorney's Petition for Authorization of Attorney Fees, as amended, be and is hereby **GRANTED** and that Plaintiff's attorney, Byron A. Lassiter, be **AWARDED** a fee of $943.60 for his services before this Court. It is **FURTHER ORDERED** that Mr. Lassiter be allowed to retain the higher amount of $2,911.56, which sum represents the EAJA fee counsel was previously awarded, and pay to Plaintiff the smaller sum of $943.60. No costs are taxed.

DONE this 4th day of May, 2009.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE